THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERIC C. CARPENTER, Appellant, v MICHAEL CORCORAN, Respondent. [849 NYS2d 870]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH S. DANIEL, Appellant. [849 NYS2d 854]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Allegany County Court, Thomas P. Brown, J.—Driving While Intoxicated). Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH S. DANIEL, Appellant. [849 NYS2d 854]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Allegany County Court, Thomas P. Brown, J.—Violation of Probation). Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRISCILLA GUPTON, Appellant. [849 NYS2d 869]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Monroe County Court, Frank P. Geraci, J.—Grand Larceny, 4th Degree). Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. SCHNEIDER, Appellant. [849 NYS2d 870]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Fahey, Green and Gorski, JJ.